# United States Court of Appeals
## For the Eighth Circuit

_____

No. 25-2275

_____

United States of America

*Plaintiff - Appellee*

v.

Shanita Gray

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: July 18, 2025
Filed: July 31, 2025
[Unpublished]

_____

Before LOKEN, SHEPHERD, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

Shanita Gray appeals from the district court's[1] order modifying her conditions of pretrial release. An original condition of her pretrial release was courtesy

_____

[1]The Honorable Matthew T. Schelp, United States District Judge for the Eastern District of Missouri, adopting the orders modifying conditions of release of the Honorable Rodney H. Holmes, United States Magistrate Judge for the Eastern District of Missouri.

supervision by the Northern District of Georgia Pretrial Services Office.  After Gray violated conditions of pretrial release several times, the Northern District of Georgia terminated its courtesy supervision.

Following a bond revocation hearing, the magistrate judge ordered Gray to relocate to the Eastern District of Missouri for supervision by its Pretrial Services Office.  Gray's new conditions of pretrial release restrict travel to the Eastern District of Missouri and require participation in the Location Monitoring Program.  After a thorough review of the record, we find that the new conditions of pretrial release are supported by the proceedings below.  See United States v. Rueben, 974 F.2d 580, 586 (5th Cir. 1992) (absent an error of law, an appellate court must affirm a district court's order on conditions for release when it is supported by the evidence in the record).

We affirm the district court's order modifying the conditions of pretrial release.

_____